**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

      v.

                                              1:25-cr-00282 (AMN)

ELLIOTT CINTRON, a/k/a "BRAX BUGATTI,"

                  Defendant.

### ORDER STAYING EXECUTION OF MAGISTATE JUDGE'S
### ORDER SETTING CONDITIONS OF RELEASE

A motion having been filed on June 9, 2026 by the Government, Assistant United States Attorneys Cyrus P.W. Rieck, Katherine E. Kopita, and Nicholas Walter, appearing and requesting a Stay Order of the magistrate judge's decision and order for release of Defendant Elliott Cintron, as decided on June 8, 2026, pending review, appeal, and determination pursuant to Title 18, United States Code, Section 3145(a):

It is hereby **ORDERED** that the decision and order of the magistrate judge in the case *United States v. Cintron*, No. 1:26-mj-00113-SDE-1 (E.D.N.Y. June 8, 2026) releasing Defendant Elliott Cintron is hereby immediately **STAYED** pending a review, appeal, and determination by this Court of the present motion; and

It is hereby **ORDERED** that the Government's motion for revocation of the release order shall be filed no later than **June 23, 2026**, and Defendant's response shall be filed no later than **July 7, 2026**; and

It is further **ORDERED** that the Defendant, Elliott Cintron, shall be transported in the custody of the United States Marshal's Service forthwith to the United States District Court for the Northern District of New York.

Dated: June 9, 2026

_____
Hon. Anne M. Nardacci
United States District Judge